No. 04–7036. VENTIMIGLIA *v.* ST. LOUIS COUNTY, MISSOURI, ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration

of order denying leave to proceed *in forma pauperis* [*ante,* p. 1048] denied.